IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RICHARD CARL ROWE, III,                              *

                Plaintiff,                 *

v.                                                                      Case No. 7:25-cv-200 (WLS-ALS)
                                     *

JAMES L. STANCIL, III.,

                                     *

                Defendant.

_____    *

## **J U D G M E N T**

Pursuant to this Court's Order dated May 18, 2026, and for the reasons stated therein,

JUDGMENT is hereby dismissing this case.

This 19th day of May, 2026.

                                David W. Bunt, Clerk


                                s/ Katie Logsdon, Deputy Clerk